# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF SCOTT M.
HOLPER, BAR NO. 9587.

No. 76882

FILED

OCT 18 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER OF REINSTATEMENT*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation to grant suspended attorney Scott M. Holper's petition for reinstatement.

This court suspended Holper from the practice of law for six months with three months stayed for one year conditioned on Holper: (1) completing 20 hours of continuing legal education (CLE) in addition to the annual requirement, 10 related to ethics and 10 related to law office management or client relations; (2) having no grievance resulting in discipline during his probation period; (3) paying $2,185.57 in restitution; and (4) paying the costs of the disciplinary proceedings plus $2,500 in fees. *In re Discipline of Holper*, Docket No. 72014 (Order of Suspension, September 28, 2017). During the probationary period, he was further suspended for six months and one day commencing from the same date as the prior suspension, September 28, 2017, and required to pay the costs

from that disciplinary proceeding plus $2,500 in fees. *In re Discipline of Holper*, Docket No. 74903 (Order Approving Conditional Guilty Plea Agreement and Suspending Attorney, April 27, 2018). Holper's suspension term has passed and a panel has recommended he be reinstated to the practice of law in Nevada subject to certain conditions.

Based on our de novo review,[1] we agree with the panel's conclusions that Holper has satisfied his burden in seeking reinstatement by clear and convincing evidence. *See* SCR 116(2); *Application of Wright*, 75 Nev. 111, 112-13, 335 P.3d 609, 610 (1959) (reviewing a petition of reinstatement de novo). We therefore approve the panel's recommendation that the petition be granted and Holper be reinstated subject to certain conditions.

Accordingly, Scott M. Holper is hereby reinstated to the practice of the law in Nevada on the following conditions: Holper shall (1) continue treatment with Paula Kinchen for one year; (2) seek anger management treatment, as agreed to by the parties; (3) obtain a sponsor; (4) have a legal professional mentor for one year; and (5) submit quarterly reports to the

---

[1]Holper submits this matter to the court on the record, and we accordingly review it without briefing or oral argument. SCR 116(2).

State Bar regarding his compliance with these conditions. Additionally, Holper shall pay the costs of the reinstatement proceeding, including $2,500 under SCR 120, within 30 days of this order.

It is so ORDERED.

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Chair, Southern Nevada Disciplinary Board
Scott M. Holper
Bar Counsel, State Bar of Nevada
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, U.S. Supreme Court